UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL LOVGREN, JR. AND VIOLETA CEREZO LOVGREN<br><br>Debtors.<br>_____<br><br>CARL AND VIOLETA LOVGREN,<br><br>Appellants,<br><br>v.<br><br>KLARAOS NEIGHBORHOOD REDEVELOPMENT 112, a Nevada Series LLC,<br><br>Appellee. | No.  2:13-civ-00914-MCE<br><br>Adv. No.: 12-02599<br><br><br><br><br><br><br><br>**ORDER** |

Appellants Carl and Violeta Lovgren ("Appellants") appeal from the bankruptcy court's Order dismissing their adversary proceeding, entered March 11, 2013, against Appellee Karaos Neighborhood Redevelopment 112 ("Appellee").  Presently before the Court is Appellee's Motion to Dismiss for Failure of Appellants to File an Opening Brief and for Lack of Prosecution ("Motion").  No opposition has been filed.

///

///

1

Appellants appear to have abandoned their appeal, as evidenced by their failure to file either: (1) their Opening Brief, as required by both this Court's Order dated May 14, 2013, and the Federal Rules of Bankruptcy Procedure; or (2) any opposition to Appellant's Motion.  Defendant's Motion to Dismiss for Failure to Prosecute (ECF No. 4) is thus GRANTED.  <u>See</u> Fed. R. Bankr. P. 8001(a) ("An appellant's failure to take any step other than timely filing a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, which may include dismissal of the appeal."); 9th Cir. BAP Rule 8009(a)-1(b)(3) ("Appellant's failure to file a brief timely may result in the dismissal of the appeal. A brief received after the due date will not be accepted for filing unless it is accompanied by a motion for an extension of time and the motion is granted. The Panel has no obligation to consider a late brief. Sanctions may be imposed, such as the waiver of oral argument, monetary sanctions or dismissal.").  The January 23, 2014, hearing on this matter is hereby VACATED, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 16, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT